FILED
Case 5:14-cv-02424-IPJ   Document 1   Filed 12/17/14   Page 1 of 13
FILED
2014 Dec-18  AM 11:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

DEC 17 2014

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

*File Stamp Broken Filed after hours on 12/17/14 after 4:30 pm*

JANE DOE,

FILED

2014 DEC 13  A 1:2

U.S. DISTRICT COURT
N.D. OF ALABAMA

Plaintiff,                           Hon. _____

v.                                   No. _____

**DEMAND FOR JURY TRIAL**

Toys"R"Us, Inc., and its CEO, CFO, Presidents, Directors, Officers,
Geoffrey, LLC., and its CEO, CFO, Presidents, Directors, Officers,
TOYS"R"US, INTERNATIONAL, and its CEO, CFO, Presidents, Directors, Officers,
Toys "R" Us-Delaware, Inc. and its CEO, CFO, Presidents, Directors, Officers,
GSI Commerce Solutions, Inc. and its CEO, CFO, Presidents, Directors, Officers,
eBay Enterprise Company, and its CEO, CFO, Presidents, Directors, Officers,
Bain Capital Partners LLC, and its CEO, CFO, Presidents, Directors, Officers,
Kohlberg Kravis Roberts & Co., and its CEO, CFO, Presidents, Directors, Officers,
Vornado Realty Trust, and its CEO, CFO, Presidents, Directors, Officers,
Brookside Capital Partners, and its CEO, CFO, Presidents, Directors, Officers,
Sankaty Advisors, and its CEO, CFO, Presidents, Directors, Officers,
Bain Capital Ventures, and its CEO, CFO, Presidents, Directors, Officers,
Absolute Return Capital Partners, and its CEO, CFO, Presidents, Directors, Officers,
Bain Capital Venture Partners, LLC, and its CEO, CFO, Presidents, Directors, Officers,.
Bain Capital LLC, and its CEO, CFO, Presidents, Directors, Officers,
Air Medical Group Holdings, and its CEO, CFO, Presidents, Directors, Officers,
Apex Tool Group, and its CEO, CFO, Presidents, Directors, Officers,
Apple Leisure Group, and its CEO, CFO, Presidents, Directors, Officers,
ASIMCO, and its CEO, CFO, Presidents, Directors, Officers,
Atento, and its CEO, CFO, Presidents, Directors, Officers,
Bellsystem24, and its CEO, CFO, Presidents, Directors, Officers,
Blackhawk Specialty Tools, and its CEO, CFO, Presidents, Directors, Officers,
Bloomin' Brands, and its CEO, CFO, Presidents, Directors, Officers,
BMC Software, and its CEO, CFO, Presidents, Directors, Officers,
Bob's Discount Furniture, and its CEO, CFO, Presidents, Directors, Officers,
Bombardier Recreational Products, and its CEO, CFO, Presidents, Directors, Officers,
BPL, and its CEO, CFO, Presidents, Directors, Officers,
Brakes Group, and its CEO, CFO, Presidents, Directors, Officers,
Bravida and its CEO, CFO, Presidents, Directors, Officers,
Bright Horizons and its CEO, CFO, Presidents, Directors, Officers,
Burlington Stores and its CEO, CFO, Presidents, Directors, Officers,
Canada Goose and its CEO, CFO, Presidents, Directors, Officers,
China Fire and Security Group, Inc. and its CEO, CFO, Presidents, Directors, Officers,
Consolidated Container Company and its CEO, CFO, Presidents, Directors, Officers,
CRC Health Group and its CEO, CFO, Presidents, Directors, Officers,
Cumulus Media and its CEO, CFO, Presidents, Directors, Officers,
Denon & Marantz, individually and corporally and its CEO, CFO, Presidents, Directors, Officers,
*Domino's Pizza Japan*
Edcon
Emcure
EWOS
FCI
FTE Automotive
Genpact
GOME Electrical Appliances
Grupo Notre Dame Intermedica
Guitar Center

Gymboree Corporation
HCA
HD Supply
Hero Investments
Himadri
Ideal Standard
iHeartMedia Inc
IMCD
International Market Centers
JinSheng International
Jupiter Shop Channel
Lake Region Medical
Lionbridge Capital
Macromill
Maisons du Monde
Michaels
MYOB
Nets
Physio Control
Quintiles
Retail Zoo
Rise
Securitas Direct
Skylark
SquareTrade
Styron
SunGard
TeamSystem
The Weather Company
TOMS
Uniview
Veritiv
Viewpoint Construction Software
VXI Global Solutions
 Jennifer Ryan Call Center Manager, individually and corporally
Theresa Bledsoe Skills Agent, individually and corporally
Jane and john does of customer service center and any other capacity, individually and
corporally
Jennifer Ryan Call Center Manager (Toys.com Supervisor), individually and corporally
Jennifer Geisler, Human Resources, individually and corporally
 Penny Majeski, individually and corporally
Jane and john does of the Toys r Us Pal line
Jane and John does of the Tier Two line
Jane and John Doe's of the Toys r Us Virtual Assist line
Jane and John Doe's of toys r us Customer Service Representatives,
Bret Callinan, Reviewing Supervisor (Performance Assessment Liaison Supervisor)
Ty Welch, West Work At Home Call Center Director
Ballinger (John Doe)
Eric perverted caller (Canada)
In their Official and Individual Capacities; et al and or
Assigns, affiliates, contractors, sub-contractors,
West Work At Home Employees, American,
 Philippines Call Centers,
 et al.


                              Defendants./

## NATURE and PURPOSE

This cause of action arises from Defendants 'deliberate creation of a volatile, as well as a hostile work place environment with intent, frequency, indifference in their lack of corrective response to several complaints from Plaintiff while employed with Defendants, which resulted in sexual harassment, Defendant retaliation, denial of religious freedom, freedom of speech denial, consumer rights violations (addressed under separate Civil Actions) by said Defendant.  Defendants' failure to promptly and appropriately investigate, respond to and correct the sexual harassment which Defendant subjected Plaintiff to, further violated and continue to violate Plaintiff's rights, by retaliating against Plaintiff in a sexually charged hostile workplace environment, effectively denying her access to equal employment opportunities, hate speech, hate crimes, libel, slander, theft of intellectual property, etc., from Plaintiff, including but not limited to loss of wages, loss of unemployment compensation, loss of employment from competitor and other civil and criminal acts resulting in an adverse impact upon the Plaintiff.  This action presents violations of Title XII and the denial of equal protection of the laws under the Fourteenth Amendment to the U.S. Constitution among other protective local, state and federal laws, statues and Rules.  All these violations were due to the Plaintiff's protected class as a disabled employee, discriminated against because of her race, color, religion, sex and national origin.

## COMPLAINT

Pro-se Plaintiff, Jane Doe,[1] hereby files the following complaint against
Defendants as captioned above.

### I. JURISDICTION AND VENUE

1. This Court has subject matter jurisdiction over this case pursuant to 28 U.S.C.

   § 1331, which provides that district courts retain jurisdiction over all civil

   actions arising under the Constitution, laws, and treaties of the United

   States and THEREBY states:

   > This Court also has subject matter jurisdiction pursuant to 28 U.S.C. § 1343,
   > which provides that the district courts shall possess original jurisdiction of
   > any civil action authorized by law to be commenced by any person as
   > follows: **(1)** To recover damages for injury to his person or property,
   > or because of the deprivation of any right or privilege of a citizen of
   > the United States, by any act done in furtherance of any conspiracy
   > mentioned in section 1985 of Title 42;
   > **(2)** To recover damages from any person who fails to prevent or to
   > aid in preventing any wrongs mentioned in section 1985 of
   > Title 42 which he had knowledge were about to occur and power to
   > prevent;
   > **(3)** To redress the deprivation, under color of any State law, statute,
   > ordinance, regulation, custom or usage, of any right, privilege or
   > immunity secured by the Constitution of the United States or by any
   > Act of Congress providing for equal rights of citizens or of all persons
   > within the jurisdiction of the United States.
   > **(4)** To recover damages or to secure equitable or other relief under
   > any Act of Congress providing for the protection of civil rights,
   > including the right to vote.

2

2.  FURTHER, to 28 U.S.C. § 1343, provides  (a) To recover damages for any civil action authorized by law to be brought by any person to redress the deprivation, under color of any State Law, statute, ordinance, regulation, custom or usage, of any right, privilege or immunity secured by the Constitution of the United States or by any Act of Congress providing for equal rights of citizens or of all persons within the jurisdiction of the United States; and (b) any civil action to recover damages or to secure equitable relief under any Act of Congress providing for the protection of the civil rights.

3.  ADDITIONALLY, the workplace of Plaintiff was discriminatory involving a hostile work environment in opposition to Title VII of the Civil Rights Act of 1964, 42 U.S.C. 2000e et seq. and applicable Florida and Alabama State laws. Such direct targeting of Plaintiff by Defendant's discriminatory and threatening conduct caused Plaintiff to have to work in fear as well as being subjected to intentional infliction of extreme emotional distress. Therefore, this is also an action to redress the deprivation of Plaintiff's Constitutional rights under the Fourteenth Amendment of the United States Constitution pursuant to 42 U.S.C. § 1983 (1) violation of Plaintiff's Civil Rights as provided by the First and Fourteenth Amendments to the united states constitution 42 U.S.C. §1983, Freedom of speech, assembly, and association, (9) an Intentional infliction of emotional distress.

(4) Defendants also prohibited Plaintiff from expressing her faith and Defendant's forbiddance of Plaintiff to exercise her faith based religious expressions in the workplace interfered with Plaintiff's work health, ability to perform as a stellar employee like she previously had. Defendant was required by Federal law to accommodate Plaintiff's expression of her sincerely held religious practices as provided under Title VII of the Civil Rights Act of 1964, 42 U.S.C. SS2000e, et seq. and Defendant failed to take steps to prevent religious harassment of Defendant which was so severe and pervasive that it had a malicious, severe, discriminatory conduct of Plaintiff that was humiliating, offensive as it interfered with and detrimental affected on the terms and conditions of employment  since the Defendant refused to take reasonable steps to stop the conduct of its supervisors from restricting Plaintiff's religious freedom in the workplace.


(5) Plaintiff brings this action to redress a hostile workplace environment pursuant to Title VII of the Civil Rights Act of 1964 and appropriate United State Codes (U.S.C.) as more fully set forth herein.

---

[1] Because Plaintiff was a minor at the time of being hired by the Defendants and at the time of the actionable offenses of this Complaint, all names on Complaint and Exhibits of plaintiff is stated as "Jane Doe" has been substituted for the actual name of the Plaintiff for this cause of action, as well as all other causes of action brought through this Complaint, subsequent Complaints and or future causes of actions including but not limited to Class Action lawsuits for other malicious Civil and Federal violations that Defendants caused, knew about or should have known about.

(6) Venue is proper in this district pursuant to 28 U.S.C. § 1391(b), since all defendants reside or resided in this district and the events giving rise to the claims occurred in this district.

## II.  THE PARTIES

6.   Plaintiff is a female and was a minor until she turned eighteen (19) in
     June of 2012.

7.   At all material times Plaintiff was a resident of the County of Broward in the State of Florida as well as a dual resident of Madison County in the State of Alabama.

8.   At the time of events complained of herein, Plaintiff was a college student studying Entertainment Business from a Regional University in the State of Florida.

9.   The Defendants are all employers, employees, contractors, affiliates, holding companies, owners and or large stockholders of West Work at Home and or Toys r Us. And is located at various addresses throughout America and the exact locations are still being investigated by Plaintiff.

10. At all material times, Defendant THERESA BLEDSOE ("the Skills agent"),
    in her official and individual capacities, worked at the within the City of
    Omaha, Douglas County of the State of Nebraska at the headquarters for West
    Corporation located at 11808 Miracle Hills Drive, Omaha, Nebraska 68154.

11.   At all material times, Defendant JENNIFER RYAN ("the Call Center

Manager"), in her official and individual capacities, worked at the within the City

of Omaha, Douglas County of the State of Nebraska at the headquarters for West

Corporation located at 11808 Miracle Hills Drive, Omaha, Nebraska 68154.


12. At all material times, Defendant JOHN DOE ("the Call Center Director"), in his
official and individual capacities, worked at the within the City of Omaha, Douglas
County of the State of Nebraska at the headquarters for West Corporation located at
11808 Miracle Hills Drive, Omaha, Nebraska
68154.


Et al.,

**Applicable Law:**

The Fourteenth Amendment to the United States Constitution provides in

pertinent part that no State shall "deny to any person within its jurisdiction the

equal protection of the laws."  U.S. Const. amend. XIV, § 1.

## IV.  COMMON ALLEGATION

Defendants refused to protect Plaintiff from harm of caller, Eric and when she complained, she was fired.

**JURY
DEMAND**

Now Comes the Plaintiff, Jane Doe, in this Pro-se action PRAYERFULLY

asking that the Defendants be punished for their violations

Respectfully submitted,

Jane Doe, Pro-se Plaintiff
P.O. Box 373, Harvest, Alabama 35749
754 300-6732

Dated: December 17, 2014

**Email Address: justiceandequalityforemployees@gmail.com**